**United States Bankruptcy Court**
**Central District of California, Los Angeles Division**

**IN RE:** Case No. ____________

Weingarten, Palomba Chapter 11
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Rule 1007(d) for filing in this Chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency placed the creditor among the holders of the 20 largest unsecured claims.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Pointe San Diego Residential Community<br>3130 Bonita Rd., Ste. 200<br>Chula Vista, CA 92010 | Michael Vivoli, Esq.<br>Vivoli & Associates<br>2550 5th Avenue, Ste. 1100<br>San Diego, CA 92103<br>Michael Vivoli, Esq.<br>(619) 744-9992 | Trade debt | Disputed | 3,330,821.91 |
| Pointe SDMU, LP<br>2728 North 24th St.<br>Phoenix, AZ 85008 | Michael Vivoli, Esq.<br>Vivoli & Associates<br>2550 5th Avenue, Ste. 1100<br>San Diego, CA 92103<br>Michael Vivoli, Esq.<br>(619) 744-9992 | Trade debt | Disputed | 2,985,304.66 |
| Wenner & Associates<br>C/O Samuel Krane, Esq.<br>16255 Ventura Blvd., #600<br>Encino, CA 91436 | Sam Krane<br>16255 Ventura Blvd., #600<br>Encino, CA 91436<br>Sam Krane<br>(818) 382-4000 | Trade debt | Disputed | 1,800,000.00 |
| BR Family Partners, LP<br>200 Crescent Ct.<br>Dallas, TX 75201 | Bill Rogers<br>BR Family Partners<br>200 Crescent Ct.<br>Dallas, TX 75201<br>Bill Rogers<br>(214) 850-6362 | Trade debt | Contingent<br>Unliquidated<br>Disputed | 1,526,473.00 |
| Pointe SDMU, LP<br>2728 North 24th St.<br>Phoenix, AZ 85008 | Michael Vivoli, Esq.<br>Vivoli & Associates<br>2550 5th Avenue, Ste. 1100<br>San Diego, CA 92103<br>Michael Vivoli, Esq.<br>(619) 744-9992 | Trade debt | Disputed | 966,752.86 |
| Azoff Family Trust<br>C/O David B. Kelly, Esq.<br>533 E. Hopkins Ave, 3rd Floor<br>Aspen, CO 81611 | David B. Kelly<br>Oates, Knezevich & Gardenswartz, P.C.<br>533 E. Hopkins Ave., 3rd Floor<br>Aspen, CO 81611<br>David B. Kelly<br>(970) 920-1700 | Trade debt | Disputed | 600,000.00 |
| Gosnell Builders<br>2728 North 24th Street<br>Phoenix, AZ 85008 | Michael Vivoli, Esq.<br>Vivoli & Associates<br>2550 5th Avenue, Ste. 1100<br>San Diego, CA 92103<br>Michael Vivoli, Esq.<br>(619) 744-9992 | Trade debt | Disputed | 394,068.73 |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | | |
|---|---|---|---|---|
| Pointe SDMU, LP<br>2728 North 24th St.<br>Phoenix, AZ 85008 | Michael Vivoli, Esq.<br>Vivoli & Associates<br>2550 5th Avenue, Ste. 1100<br>San Diego, CA 92103<br>Michael Vivoli, Esq.<br>(619) 744-9992 | de debt | Disputed | 152,990.22 |
| Greenberg Traurig<br>Attn: Vincent Chieffo, Esq.<br>2450 Colorado Avenue, Ste. 400E<br>Santa Monica, CA 90404 | Greenberg Traurig<br>2450 Colorado Avenue, Ste. 400 E<br>Santa Monica, CA 90404<br>Vincent Chieffo, Esq.<br>(310) 586-7700 | Trade debt | | 120,000.00 |
| Deloitte & Touche<br>350 S. Grand Ave., #200<br>Los Angeles, CA 90071 | Deloitte & Touche<br>350 S. Grand Ave., #200<br>Los Angeles, CA 90071<br>(213) 688-0800 | Trade debt | | 9,945.00 |

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 10-1-04 Signature of Debtor: *Palomba Weingarten*
**Palomba Weingarten**

Date: ______ Signature of Joint Debtor (if any) ______

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only