RICHARD M. PACHULSKI (SBN #90073)
JEREMY V. RICHARDS (SBN #102300)
JONATHAN J. KIM (SBN #180761)
PACHULSKI, STANG, ZIEHL, YOUNG, JONES
    & WEINTRAUB P.C.
10100 Santa Monica Boulevard
Suite 1100
Los Angeles, California 90067
Telephone:  (310) 277-6910
Facsimile:  (310) 201-0760

Proposed Attorneys for Examiner, David K. Gottlieb

FILED
2005 APR 26 PM 1:57
U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
JON D. CERETTO, CLERK OF COURT
BY_____ DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>PALOMBA WEINGARTEN,<br><br>              Debtor.<br><br>SSN: XXX.XX.5882 | Case No. SV 04-16437 GM<br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION, AND TO ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. hereby gives notice of its appearance in this Chapter 11 case (the "Case") on behalf of and as [proposed] attorneys for the Examiner, David K. Gottlieb (the "Examiner"), appointed in the Case. Pursuant to Bankruptcy Rules 2002, 3017, 4001, 9007 and 9010(b), the Examiner hereby requests notice of all matters, all papers, and pleadings filed in the above-entitled case which require notice to creditors or to other parties in interest, including, without limitation, all notices and papers referred to in Bankruptcy Rules 2002, 3017, 4001, 9007 and 9010(b), copies of all proposed plans and disclosure statements, notices of any orders, applications, complaints,

1  demands, hearings, motions, petitions, pleadings or requests (whether for relief from stay, adequate
2  protection or otherwise), any other documents brought before the Court in this Case, whether formal
3  or informal, whether written or oral, and whether transmitted or conveyed by mail, messenger,
4  service, facsimile or otherwise, be sent to:

Richard M. Pachulski, Esq.
Jeremy V. Richards, Esq.
Jonathan J. Kim, Esq.
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, California 90067
Telephone: (310) 277-6910
Fax: (310) 201-0760

Dated: April ___, 2005

PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB P.C.

By: _____
Jonathan J. Kim
Attorneys for the Examiner, David K. Gottlieb

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) SS
COUNTY OF LOS ANGELES    )

I, Janice G. Washington, am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, Suite 1100, Los Angeles, California 90067.

On April 25, 2005, I served the foregoing documents described as **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** by placing a true copy thereof enclosed in sealed envelopes to the addressees listed below as follows:

*See attached Service List*

[X] (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (BY FAX) I caused to be transmitted the above-described document by facsimile machine to the fax number(s) as shown. The transmission was reported as complete and without error. (Service by Facsimile Transmission to those parties above with fax numbers indicated.)

[ ] (BY PERSONAL SERVICE) By causing to be delivered by hand to the offices of the addressee(s) by *In-House Messenger Service.*

[ ] (BY OVERNIGHT DELIVERY) *by Federal Express.*

Executed on April 25, 2005 at Los Angeles, California.

_____
Janice G. Washington

DOCS_LA:24277.5
*DOCS_LA:129193.1*

Service List

**Proposed Attorneys for Official Creditors' Committee Holding Unsecured Claims**
Alan G. Tippie, Esq.
Janis G. Abrams, Esq.
SulmeyerKupetz
A Professional Corporation
333 South Hope Street
Thirty-Fifth Floor
Los Angeles, California  90071-1406

**U.S. Trustee**
Office of the U.S. Trustee
21051 Warner Center Lane
Suite 115
Woodland Hills, CA  91367

**Debtor**
Palomba Weingarten
3535 Sweetwater Mesa Road
Malibu, CA  90265

**Attorneys for Debtor**
Joseph A. Eisenberg, Esq.
Jeffer Mangels et al
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067

**Attorneys for WR Family Partners, LP**
Stephanie L. Krafchak, Esq.
Krafchak & Associates
2029 Century Park East, #900
Los Angeles, CA  90067

Attorneys for Secured Creditors,
Point San Diego Residential Community, LP,
Gosnell Builders Corporation of California,
and Point SDMU, LP
John Cutchin, Esq.
Solomon, Grindle, Silverman & Spinella
12651 High Bluff Drive, Suite 300
San Diego, CA  92130

**Attorneys for Unsecured Creditor**
Wenner & Associates, LLC
Samuel Krane, Esq.
Ralph C. Loeb, Esq.
Krane & Smith
16255 Ventura Boulevard, Suite 600
Encino, CA  91436

**Attorneys for Creditor Azoff Family Trust**
Mark Fields, Esq.
Greenberg, Fields & Whitcombe, LLP
21515 Hawthorne Boulevard, Suite 450
Torrance, CA  90503

1  David B. Kelly, Esq.
   Gates, Knezevich & Gardenswartz
2  533 E. Hopkins Avenue
   Third Floor
3  Aspen, CO 81611

4  <u>Attorneys for Bank of America, NA</u>
   Steven M. Lawrence, Esq.
5  Alvarado Shapiro & Wilson LLP
   2677 N. Main Street, Suite 550
6  Santa Ana, CA 92705

7  WR Family Partners, LP
   c/o The Halifax Group
8  William L. Rogers, Committee Chair
   200 Crescent Court, Suite 1040
9  Dallas, TX 75201

10 Azoff Family Trust
   c/o Mark C. Fields
11 Greenberg, Fields & Whitcombe, LLP
   21515 Hawthorne Boulevard
12 Suite 450
   Torrance, CA 90503-6531
13
   Peter M. Wenner
14 Wenner & Associates
   4505 Las Virgenes Road, #210
15 Calabasas, CA 91302

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA